UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 12-23453-CIV-MORENO**

LAURA YELITZA CIFUENTES, *et al.*,

    Plaintiffs,

vs.

REGIONS BANK,

    Defendant.

_____/

## ORDER DISMISSING CASE

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss **(D.E. No. 9)**, filed on **October 23, 2012**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The present action, which was transferred to the undersigned's calendar on **November 1, 2012**, is identical to the action filed in *Cifuentes v. Regions Bank*, No. 11-23455-CIV-MORENO. The Colorado River doctrine bars an action entirely duplicative of an existing action pending in the same federal court. *See Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800, 815-818 (1976); *see also I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986).

"[T]he general rule is that a suit is duplicative of another suit if the parties, issues and available relief do not significantly differ between the two actions." *I. A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F. 2d at 1551. The district court has broad discretion to dismiss a complaint "'for

reasons of wise judicial administration ... whenever it is duplicative of a parallel action already pending in another federal court.'" *Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223 (7th Cir. 1993) (quoting *Ridge Gold Standard Liquors, Inc. v. Joseph E. Seagram & Sons, Inc.*, 572 F.Supp. 1210, 1213 (N.D. Ill. 1983)). A suit is duplicative if the "claims, parties, and available relief do not significantly differ between the two actions." *Ridge Gold*, 572 F.Supp. at 1213.

Here, there is no dispute that this purported "Placeholder Action" is entirely duplicative of the original action filed in this Court. D.E. No. 5 at 1; D.E. No. 11 at 4. Accordingly, the action is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of November, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record